**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 19-30632 |
| Nichole Robledo | ) | | |
| | ) | Chapter: | Chapter 13 |
| Debtor | ) | | |
| | ) | Judge: | David D. Cleary |

**NOTICE OF MOTION**

**TO:** See attached list

PLEASE TAKE NOTICE that on January 23, 2023 at 1:30 PM, I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, **either** in Courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604, **or** electronically as described below, and present the motion of Nichole Robledo to vacate the order for payroll control, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically be video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644. The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

**By:** */s/ Dale Allen Riley*
_____
Dale Allen Riley
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
312.332.1800
ndil@geracilaw.com

Rec No. 818355
WD - NOTICE OF MOTION HYBRID

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| **In Re:** | ) | **Case No:** | **19-30632** |
| **Nichole Robledo** | ) | | |
| | ) | **Chapter:** | **Chapter 13** |
| **Debtor** | ) | | |
| | ) | **Judge:** | **David D. Cleary** |

## CERTIFICATE OF SERVICE

  I, Dale Allen Riley, hereby certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 55 E. Monroe, Suite 3400, Chicago, Illinois, on January 6, 2023 at 1:18 PM**.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 19-30632 |
| Nichole Robledo | ) | | |
| | ) | Chapter: | Chapter 13 |
| Debtor | ) | | |
| | ) | Judge: | David D. Cleary |

**LIST OF PARTIES SERVED**

Marilyn O. Marshall, 224 S. Michigan Ave. #800 , Chicago, IL 60604

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Nichole Ann Robledo, 1039 Dell Rd , Northbrook, IL 60062

Rosebud Restaurants, 1419 W Diversey, Chicago, IL 60614

Rec No. 818355
WD - NOTICE OF MOTION HYBRID

IN THE UNITED STATES OF BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No: | 19-30632 |
| Nichole Robledo ) | | |
| Debtor, ) | Chapter: | Chapter 13 |
| ) | | |
| ) | Judge: | David D. Cleary |

**MOTION TO VACATE ORDER FOR PAYROLL CONTROL ENTERED ON 10/30/2019**

NOW COMES the Debtor, Mrs. Nichole Robledo (the "Debtor"), by and through her attorneys, Geraci Law L.L.C., to present her **MOTION TO VACATE ORDER FOR PAYROLL CONTROL ENTERED ON 10/30/2019,** and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 10/28/2019.

3. The plan was confirmed on 12/16/2019.

4. On 10/30/2019, the payroll control order was entered at the Debtor's consent. See Exhibit A.

5. The Debtor has completed all required plan payments and is awaiting only the Trustee's final audit for the case to close.

WHEREFORE the Debtor, Mrs. Nichole Robledo, prays that this Court enter an order vacating the order for payroll control entered on 10/30/2019 and for such further additional relief that this Court may deem just and proper.

                                                          \_\_/s/ Dale Allen Riley\_
                                                            Dale Allen Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960